IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JOSE RAMON PEDRAZA,

Plaintiff,

v.

LESLIE DISMUKES, et al.,

Defendant.

1:26-CV-95-DAB-JGM

## <u>ORDER</u>

This matter is before the Court for review of the Order and Recommendation filed on April 17, 2026. (D.E. 8.) The Magistrate Judge recommends dismissing Petitioner's petition as time barred. The deadline for objections passed on May 4, 2026, and no parties have objected to the Recommendation.

Because there are no objections, the Court "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. Proc. 72 advisory committee's note). This Court has accordingly reviewed the Recommendation and concludes it contains no clear error.

Accordingly, it is ORDERED that the Magistrate Judge's Recommendation (D.E. 8) is ADOPTED[1] and this action is DISMISSED.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 14th day of May, 2026.

 /s/ David A. Bragdon
United States District Judge

---

[1] The Court refrains from adopting footnote 2. (D.E. 8.)